No. 90–8225.  NUNEZ *v.* COSTELLO, SUPERINTENDENT, MID-STATE CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 90–8227.  LAURELEZ *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 90–8230.  SYDER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 90–8231.  SMITH, AKA HOUSE *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 90–8233.  BONILLA *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.